# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>DANIEL W. ALVEY | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **3:14-mj-0065 CMK**<br><br>Aaron Williams<br>Defendant's Attorney |

**THE DEFENDANT:**

[X]   plead guilty to count(s): 1
[ ]   pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.

Counts 2, 3, and 4 dismissed pursuant to oral plea agreement.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 261.6(a) | Cut or Otherwise Damage Tree or Forest Products Except as Authorized by Permit | 10/23/2014 | |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

04/30/2015
Date of Imposition of Judgment

_/s/ Craig M. Kellison_
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

04/30/2015
Date

## COURT PROBATION

The defendant is hereby sentenced to Court probation for a term of  three (3)   years.

The defendant shall not commit another federal, state, or local crime.

As a special term and condition of probation, defendant is prohibited from entering lands administered by the United States Forest Service for a period of three (3) years.

On 10/07/2013 defendant was ordered to pay a fine and assessments in the sum of $600 relating to a violation that occurred on 01/22/2013 for a similar offense.  Defendant has failed to make payments as ordered and there is a current balance due of $609.  Said fine is stayed for a period of three (3) years.  Upon successful completion of probation, the remaining fine balance will be permanently suspended.

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: TEN (10) DAYS.

Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on June 17, 2015, at 2:00 p.m. or, if no such designation is made, to the United States Marshal, 501 I Street, Sacramento, California.

Upon defendant's successful completion of incarceration, the chainsaw held in evidence by the Plumas National Forest shall be returned to defendant.

 ** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994.